**Opinion filed December 13, 2018**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00217-CV

_____

## RENE H. MOLINAR, Appellant

## V.

## ESTHER PATRICIA GARCIA, Appellee

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. FM58435**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal.  In the motion, the parties state that they have reached an agreement regarding the merits of this appeal and, pursuant to the terms of their settlement agreement, have agreed that this appeal shall be dismissed.  The parties request that we dismiss this appeal and remand the cause to the trial court.  *See* TEX. R. APP. P. 42.1(a)(2).

We grant the motion and, accordingly, dismiss the appeal and remand the cause to the trial court.

PER CURIAM

December 13, 2018

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.